Pages 1 - 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE CHARLES R. BREYER, JUDGE

| | |
|---|---|
| ACL NETHERLANDS B.V., HEWLETT PACKARD THE HAGUE BV, AUTONOMY SYSTEMS LIMITED, and HEWLETT-PACKARD ENTERPRISE NEW JERSEY, INC., Petitioners, FOR AN ORDER PURSUANT TO 28 U.S.C. SECTION 1782 TO TAKE TESTIMONY FOR USE IN FOREIGN PROCEEDINGS | NO. C 19-MC-80023-CRB |

San Francisco, California
Friday, March 15, 2019

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Petitioners:

CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
**BY: ROBERT S. FRANK, JR., ESQ.**

FARELLA, BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street
San Francisco, California 94104
**BY: C. BRANDON WISOFF, ESQ.**

For Objector Stouffer Egan:

RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, California 94710
**BY: AMY E. CRAIG, ESQ.**

Reported By: **BELLE BALL, CSR 8785, CRR, RDR**
Official Reporter, U.S. District Court

**Friday - March 15, 2019** **10:06 a.m.**

**P R O C E E D I N G S**

**THE CLERK:** Calling Civil Action C-19-80023, ACL Netherlands B.V., et al.

Counsel, please step forward and state your appearances.

**MR. FRANK:** Good morning, Your Honor. My name is Robert Frank. I'm from Choate Hall & Stewart. And I represent the applicants, the petitioners in this matter.

**MR. WISOFF:** Good morning, Your Honor. Brandon Wisoff of Farella Braun & Martel for petitioners.

**MS. CRAIG:** Good morning, Your Honor. Amy Craig for Stouffer Egan, who is objecting to the petition.

**THE COURT:** Okay. So does anybody want to add anything that hasn't been set forth?

**MR. FRANK:** The one thing I would add, Your Honor, is that I just want to make sure that Your Honor is aware of the decision of the English judge, expressly requesting that --

**THE COURT:** I am.

**MR. FRANK:** Thank you.

**MS. CRAIG:** Your Honor, I just would want to point out that if this petition were to be granted, it would extend jurisdiction over U.S. citizens for foreign disputes, far beyond what we allow in the United States.

Civil Rule of -- Civil Procedure Rule 45(c)(1) limits subpoenas in civil actions to 100 miles. If HP's action were

granted, this would confer jurisdiction globally.

**THE COURT:** The world has changed. All right. Granted.

**MR. FRANK:** Thank you, Your Honor.

**THE COURT:** All right. Thank you.

**MS. CRAIG:** Your Honor, will you be issuing a written order?

**THE COURT:** I will be granting the petition. I don't know what else I'm going to do. I'll decide what I'm going to do. I'm granting the order.

**MR. FRANK:** Thank you, Your Honor.

**MS. CRAIG:** Understood, Your Honor. I just wanted to be clear whether it was a final order or not.

**THE COURT:** It will be, as soon as I issue it.

**MS. CRAIG:** Thank Your Honor.

**THE COURT:** Thank you.

(Proceedings concluded)

**CERTIFICATE OF REPORTER**

I, BELLE BALL, Official Reporter for the United States Court, Northern District of California, hereby certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/ Belle Ball

Belle Ball, CSR 8785, CRR, RDR

Friday, March 15, 2019