IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACL NETHERLANDS B.V., HEWLETT PACKARD THE HAGUE BV, AUTONOMY SYSTEMS LIMITED, and HEWLETT PACKARD ENTERPRISE NEW JERSEY, INC., <br><br>Plaintiff, <br><br>FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO TAKE TESTIMONY FOR USE IN FOREIGN PROCEEDINGS. | Case No. 19-mc-80023-CRB <br><br> **ORDER GRANTING 28 U.S.C. § 1782 REQUEST** |

Petitioners seek an order pursuant to 28 U.S.C. § 1782(a) to take the testimony via videolink of Christopher Egan for use in a trial in England. App. for Order (Dkt. 1) at 1, 3.[1] Egan initially objected to this request, Dkt. 6, but subsequently withdrew his objection. Dkt. 27. Because there is no dispute that an order pursuant to 28 U.S.C. § 1782 should issue, see Dkt. 1; Dkt. 27, the Court GRANTS Petitioners' request for leave, pursuant to 28 U.S.C. § 1782, to serve their proposed subpoena, attached to the Application for Order (Dkt. 1), on Christopher "Stouffer" Egan to compel his videolink testimony in the English Civil Case.

**IT IS SO ORDERED.**

Dated: March 20, 2019



CHARLES R. BREYER
United States District Judge

---

[1] Michael Lynch initially sought to intervene in this case, Dkt. 12, but has since withdrawn that motion because the English High Court ruled that it would permit Egan's video-link testimony. Lynch Withdrawal of Mot. to Intervene (Dkt. 17).